| | |
|---|---|
| District Court, Arapahoe County, Colorado<br>Court Address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>December 2, 2025 3:55 PM<br>FILING ID: 7C1ACF94BD877<br>CASE NUMBER: 2025CV32929<br><br>▲ COURT USE ONLY ▲ |
| Plaintiff: SERGEY SHADYUN<br><br>v.<br><br>Defendants: 2231 BARRINGTON ASSOCIATES LP and DOLLAR TREE STORES, INC. d/b/a DOLLAR TREE STORE# 8879 | |
| Attorneys on behalf of Plaintiff<br>Timur G. Kishinevsky, Esq. Atty. Reg. #31085<br>Michael J. Buchanan, Esq. Atty. Reg. #21780<br>Ian Griffin, Esq. Atty. Reg. #48782<br>Law Office of Timur Kishinevsky<br>2851 South Parker Road, Suite 150<br>Aurora, Colorado 80014<br>P: (720) 748-8888<br>F: (720) 748-8894<br>E: tkish@coloradolawteam.com;<br>buchanan@coloradolawteam.com;<br>ian@coloradolawteam.com | Case No.:<br><br>Div./Courtroom: |
| COMPLAINT WITH JURY DEMAND | |

COMES NOW, Plaintiff, Sergey Shadyun, through the Law Office of Timur Kishienvsky, and for his Complaint with Jury Demand against Defendants, 2231 Barrington Associates LP and Dollar Tree Stores, Inc. d/b/a Dollar Tree Store# 8879, he states and alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff Sergey Shadyun ("Plaintiff") is an individual and resides at 4096 South Liverpool Street, Aurora, Colorado 80013.

2. Defendant 2231 Barrington Associates LP ("Landowner") is a California limited partnership in good standing with the Colorado Secretary of State that reports a principal place of business located at 1700 North Lincoln Street, Suite 2100, Denver, Colorado 80203. It also reports a registered agent of Senn Visciano Canges P.C. located at 1700 North Lincoln Street, Suite 2100, Attn Mark A. Senn, Denver, Colorado 80203.

3. Defendant Landowner is the deeded landowner by sole ownership of real property located at 4550 Leetsdale Drive, Denver, Colorado and a legal address of Lot 1 Corrected Block H Jersey Sub Replat as shown in the Arapahoe County, Colorado property records, a location which houses a Dollar Tree shopping store (the "subject property").



EXHIBIT
A

4. Defendant Dollar Tree Stores, Inc. d/b/a Dollar Tree Store# 8879 ("Dollar Tree") is a Virginia corporation in good standing with the Colorado Secretary of State that reports a principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia 23320. It also reports a registered agent of Corporation Service Company located at 1900 West Littleton Boulevard, Littleton, Colorado 80120.

5. Dollar Tree operates a shopping store as a tenant of the subject property.

6. Immediately outside of the Dollar Tree building on the subject property is a parking lot where patrons can park their vehicles while shopping inside the store.

7. Each parking spot next to the Dollar Tree store is marked with parking lines and each spot has a concrete parking barrier.

8. On December 4, 2023, Plaintiff frequented the subject property to shop at the Dollar Tree store.

9. Plaintiff in fact purchased $26.90 in various party supplies via authorization number 806868/026375 at 1:44pm.

10. Immediately afterward, Plaintiff carried his bags back toward the vehicle in the parking lot.

11. As Plaintiff descended the sidewalk immediately outside of the exit doors, he encountered stray rebar from a broken parking barrier, causing him to fall and suffer personal injury.

12. The broken parking barrier was a dangerous condition by reason of Defendants' collective business operations at the subject property:



## DAMAGES

13. Defendants' negligence and/or permitting activities to be conducted or allowing a condition to be present on the subject property's premises which they knew or should have known about created an unreasonable risk of injury, damage, and/or loss and caused Plaintiff to incur past, present, and future economic injuries including but not limited to medical expenses such as emergency room, imaging, surgery, chiropractic care, physical therapy, psychotherapy, and medication expenses.

14. Defendants' negligence and/or permitting of activities to be conducted or allowing a condition to be present on the subject property's premises which they knew or should have known about created an unreasonable risk of injury, damage, and/or loss can caused Plaintiff to incur past, present, and future noneconomic injuries including but not limited to pain and suffering, inconvenience, emotional distress, and/or impairment of quality of life.

15. Plaintiff immediately experienced pain along his right leg and chest, and he was transported to an emergency room for diagnosis and evaluation.

16. Plaintiff's course of treatment required surgical correction.

## CLAIMS AND CAUSES OF ACTION

### *First and Second Claims for Relief: Premises Liability*

17. Plaintiff incorporates all other paragraphs as if fully set forth herein.

18. On or about December 4, 2023, Defendant Landlord owned and controlled the subject property's parking lot at the Dollar Tree store located at 4550 Leetsdale Drive, Denver, Colorado.

19. On or about December 4, 2023, Defendant Dollar Tree likewise controlled or conducted activities in the parking lot at the Dollar Tree store located at 4550 Leetsdale Drive, Denver, Colorado.

20. On or about December 4, 2023, Defendants permitted activities to be conducted and/or allowed conditions to be present at the subject property's parking lot which they knew, or reasonably should have known, created an unreasonable risk of injury, damage, and/or loss to persons such as Plaintiff.

21. The Dollar Tree store is located in Arapahoe County, Colorado.

22. On or about December 4, 2023, Plaintiff was physically present at the subject property as an invitee conducting business as evidenced by his purchase of party supplies there.

23. Defendants owed a duty to the public and to Plaintiff to maintain the parking lot of the subject property in a safe condition and to alert the public with adequate warning signs of any reasonably foreseeable dangers.

24. On or about December 4, 2023, Defendants breached said duties by failing to remediate the broken parking barrier with rebar sticking out of it and by failing to warn passersby of said dangerous condition.

25. Defendants' breach of said duties proximately caused Plaintiff to suffer immediate personal injury, as described more fully above, in an amount to be proven at trial.

***Third and Fourth Claims for Relief: Negligence***

26. Plaintiff incorporates all other paragraphs as if fully set forth herein.

27. Plaintiff asserts these Third and Fourth Claims for relief against Defendants in the alternative in the event that the Court determines one or both Defendants are not a landowner for purposes of the Premises Liability Act.

28. Defendants owed a duty to persons frequenting the Dollar Tree store on the subject property to conduct their operations with due care including but not limited to inspecting, repairing, and/or warning of the existence of dangerous conditions such as a broken parking barrier with rebar sticking out of it.

29. Defendants breached their duty by failing to inspect for, repair, and/or warn of the broken parking barrier shown above.

30. Defendants' breach of these duties proximately caused Plaintiff to suffer the damages outlined more fully above in an amount to be proven at trial.

***Plaintiff demands a trial by jury on all issues so triable.***

WHEREFORE, Plaintiff Sergey Shadyun respectfully requests judgment in his favor and against Defendants 2231 Barrington Associates LP and Dollar Tree Stores, Inc. d/b/a Dollar Tree Store# 8879, jointly and severally, in an amount to be proven at trial, together with pre- and post-judgment interest, fees, costs, and any such further or other relief the Court deems just and fair.

Respectfully submitted December 2, 2025

Law Office of Timur Kishinevsky

Original signature on file

s/ Ian Griffin, Esq.

Timur Kishinevsky, Atty. Reg. #31085
Michael J. Buchanan, Atty. Reg. #21780
Ian Griffin, Atty. Reg. #48782
Attorneys for Plaintiff
2851 S. Parker Rd., Ste. 150
Aurora, Colorado 80014
P: (720) 748-8888 F: (720) 748-8894